UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                                      Case No.: 24-00333-BKC-GER

MICHAEL GENE BULLET
GABRIELA   IDALIZ   BULLET   CANCEL
LOPEZ

                              Debtor(s)

REPORT AND NOTICE OF TRUSTEE'S
INTENTION TO ABANDON PROPERTY OF THE ESTATE

TO:        All Interested Parties

FROM:      ARVIND MAHENDRU, Trustee

> **NOTICE OF OPPORTUNITY TO**
> **OBJECT AND REQUEST FOR HEARING**
>
> If you object to the relief requested in this paper you must file a response with the Clerk of Court at 400 W. Washington St., Suite 5100, Orlando, Florida 32801 and serve a copy on Arvind Mahendru, Trustee, 5717 Red Bug Lake Road, Suite 284, Winter Springs, FL 32708 within 14 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.
>
> If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.
>
> You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

Pursuant to 11 U.S.C. §554, and F.R.B.P. 6007, notice is hereby given of the abandonment of all right, title and interest in the property described below:

Described in the petition as 1986 Ancestry Trail, Kissimmee, FL 34746; 2006 Honda Odyssey, as listed on Schedule "A/B" of the debtor(s) petition, (the Property).

The Property is being abandoned for the following reasons:

1. The Trustee has determined the cost of sale and removal of The Property is equal to or greater than its value and the Property is of nominal value to the estate.

2. Further administration of the Property is burdensome to the estate.

Dated: April 17, 2024

/s/Arvind Mahendru, Trustee
Arvind Mahendru, Trustee
5717 Red Bug Lake Road, Suite 284
Winter Springs, FL 32708
Telephone: (407) 504-2462

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2024 a true and correct copy of the above and foregoing has been furnished by regular U.S. Mail, postage prepaid, or electronic file transfer to all parties on the mailing matrix, which is attached to the original of this document and filed with the Court, and the United States Trustee.

/s/ ARVIND MAHENDRU, Trustee