**ORDERED.**

**Dated: May 21, 2024**

_Grace E. Robson_
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

Michael Gene Bullet
Gabriela Idaliz Bullet Cancel Lopez

Case No. 6:24-bk-00333-GER
Chapter 7

  Debtors.
_____/

**ORDER GRANTING**
**MOTION TO REDEEM PERSONAL PROPERTY PER 11 U.S.C. 722**

THIS CASE, came on for hearing on May 21, 2024 on the *Debtors' Motion for Authority to Redeem Personal Property Under 11 U.S.C. 722* (Doc No. 13). After reviewing the pleadings and considering the position of the parties, it is

Accordingly, it is

**ORDERED**

1. The Motion (Doc. No. 13) is GRANTED.
2. Debtors' solar panels are valued at $1,000.00.
3. Debtors may redeem property under 11 U.S.C. § 722 by paying Solar Mosaic Inc. within 30 days.
4. Payment under this order shall constitute full satisfaction of the Creditor's claim, and upon receipt of payment, the Creditor shall release all liens against the Property.

Attorney Walter F Benenati, Esq. is directed to serve a copy of this order on interested parties who do not receive notice by CM/ECF and file proof of service within 3 days of entry of this order.